(November 27, 1939.)

LOUISA CAVACCINI, as Administratrix, etc., of PAUL CAVACCINI, Deceased, Appellant, v. FARM PRODUCTS CORPORATION and RICHARD GLASER HUPFEL, Respondents.— Action to recover damages for the death of plaintiff's intestate as the result of the collision of decedent's sedan and the corporate defendant's truck. Plaintiff appeals from a judgment in favor of the defendant, entered upon the verdict of a jury, and from an order denying plaintiff's motion to set aside the verdict and for a new trial. Judgment and order affirmed, with costs. No opinion. Hagarty, Carswell and Adel, JJ., concur; Lazansky, P. J., and Close, J., dissent and vote to reverse the judgment and order and grant a new trial on the ground that the trial court committed substantial error in its rulings at folios 339–340 and 390–391 of the record. In effect the court, in making these rulings, permitted the defendants' witness to pass judgment on the two most important issues in the case.

SALVATORE CINOTTI, Appellant, v. BERTHA A. WINNAI, Formerly Known as BERTHA A. SIMONS, Name Changed by Marriage, Respondent.— Action for specific performance brought by the buyer under a contract for the sale by defendant of a parcel of real property in Queens county. Order dismissing plaintiff's complaint on the merits, and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

JOSEPH ECKER, Appellant, v. MOZART MONAE-LESSER and ISABELLA TAYLOR MONAE-LESSER, His Wife, Respondents.— Plaintiff, a chauffeur in the employ of defendants, was injured when he fell on the floor of the dining room in defendants' home. The floor had been waxed. The proof shows the wax was applied one-quarter of an inch thick and was not dry at the time of the accident. Plaintiff's complaint sets forth two causes of action: one, the failure to provide workmen's compensation insurance, and the other, negligence. Plaintiff was nonsuited. In our opinion the plaintiff established a *prima facie* case on the second cause of action, and whether he was guilty of contributory negligence was for the jury to determine. Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

THERESA FINE, Trading under the Name and Style of HARVARD SILK HOSIERY MILLS, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Action to recover on a binder of burglary insurance. Order of the Appellate Term affirming a judgment and order of the City Court of the City of New York, County of Kings, uananimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.